

| MICHAEL A. CARDOZO | THE CITY OF NEW YORK | ISAAC KLEPFISH |
| --- | --- | --- |
| *Corporation Counsel* | **LAW DEPARTMENT** | Assistant Corporation Counsel |

<table>
<tr><td>MICHAEL A. CARDOZO<br><i>Corporation Counsel</i></td><td style="text-align:center">THE CITY OF NEW YORK<br><b>LAW DEPARTMENT</b><br>100 CHURCH STREET<br>NEW YORK, NY 10007</td><td style="text-align:right">ISAAC KLEPFISH<br>Assistant Corporation Counsel<br>Phone:(212) 788-0897<br>Fax:(212) 788-0877<br>E-mail:iklepfis@law.nyc.gov</td></tr>
</table>

July 30, 2010

**BY ECF**
Honorable Frederick Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

> Re: Nuchman v. New York City Board of Education, et al.
> <u>05 CV 4561 (FB) (LB)</u>

Dear Judge Block:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel for the City of New York, attorney for defendants in the above referenced action. Please be advised that this office has not at this time agreed on a settlement amount.

Thank you for your attention in this matter.

Respectfully yours,

ISAAC KLEPFISH (IK-3478)
Assistant Corporation Counsel
iklepfis@law.nyc.gov

cc:    Alan Wolin, Esq. (By ECF)